■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY CHENG, Also Known as JIH JUI CHENG, Appellant. [728 NYS2d 386] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 28, 1996 (*People v Cheng,* 232 AD2d 651), affirming a judgment of the Supreme Court, Queens County, rendered July 12, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, P. J., Altman, Florio and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD P. COSTA, Appellant. [728 NYS2d 377] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Corso, J.), rendered March 13, 2000, convicting him of kidnapping in the second degree, burglary in the second degree, reckless endangerment in the first degree, and unlawful imprisonment in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's plea was knowingly, voluntarily, and intelligently entered (*see, People v Harris,* 61 NY2d 9).

The defendant's remaining contentions are without merit. O'Brien, J. P., Krausman, Goldstein, Schmidt and Crane, JJ., concur.